## McCLURE vs. HALL and others.

Where there are three defendants, one of whom suffers a default, and the others plead to issue, and on the trial prove payment of the plaintiff's demand, the jury have no right to assess damages against the other defendant.

THIS was an action of *assumpsit* against three defendants, one of whom suffered a default, and the others plead to issue. On the trial, the defendants who had appeared, proved payment of the plaintiff's demand, notwithstanding which the jury assessed damages against the defendant who had suffered the default, and found a verdict accordingly. A motion was now made to set aside the verdict, which was granted.

Sept. 1837.

---

## TOM vs. THE FIRST SOCIETY OF THE METHODIST EPISCOPAL CHURCH OF RIGA.

In a suit against the corporation, where there is no presiding officer, cashier, secretary or treasurer, service of the summons upon *any other officer* of the corporation will be approved by the court, and a rule to plead ordered to be entered.

SUIT against corporation. The suit was commenced by the service of a *summons*, upon one of the *trustees* of the church. On an affidavit that the corporation had no presiding officer or treasurer, and that the secretary had left the country, THE COURT directed a rule to be entered that the service made should be deemed sufficient, and that the defendants plead within twenty days after the service upon the same trustee, of a copy of the declaration filed, and notice of the rule so ordered or judgment. See 2 R. S. 458, § 5.